**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brittany Valdovinos<br><br>v.<br><br>Target Corporation<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cv-08572-JLS (BFMx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

**CONSENT**

~~TRANSFER ORDER DECLINED~~

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____          _____
Date                                                          United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Please see attached.

_____

_____

_____

October 28, 2024                                  /s/  Fernando M. Olguin
Date                                                          United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:24-cv-08144-FMO (PVCx)  and the present case:

- ☐ A.  Arise from the same or closely related transactions, happenings or events; or
- ☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- ☒ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

~~TRANSFER ORDER DECLINED~~

cc:  ☐ *Previous Judge*        ☐ *Statistics Clerk*

Attachment to Form CV-34A
**Brittany Valdovinos v. Target Corporation**
Case No. CV 24-85721 JLS (BFMx)

     Case No. CV 24-85721 JLS (BFMx) and Case No. CV 24-8144 FMO (PVCx) do not appear to be closely related, nor do they call for the determination of substantially similar or related questions of law or fact.  The cases involve different products and defendants, i.e., the factual circumstances and defenses will necessarily be different.