**DENIED**

# BY ORDER OF THE COURT

The Parties filed a Notice of Settlement (Doc. 30) in which they informed the Court that they have reached a settlement in principle. The Parties requested that the Court stay all hearings and deadlines while settlement is pending. But, as the Court indicates on its Procedures Page, incorporated by reference in its Standing Order, "[n]o stay will be issued for 'tentative' settlements or settlements 'in principle.'" (Procedures Page § 19 (as incorporated by the Standing Order at 2, Doc. 11).) The request for the Court to stay all hearings and deadlines is therefore DENIED without prejudice to refiling when the Parties can represent that they have entered into an enforceable settlement agreement. However, in light of the Parties' Notice, the hearings on Defendant's Motion to Compel Arbitration (Doc. 27) and Motion to Dismiss (Doc. 29) are VACATED.

> **FILED**
> CLERK, U.S. DISTRICT COURT
>
> **05/19/2025**
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____KD_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTANY VALDOVINOS and SIGNE KIESEL, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-08572-JLS-BFM |
| *Plaintiffs,* | **STIPULATION TO STAY DEADLINES PENDING FINALIZATION OF SETTLEMENT** |
| v. | |
| TARGET CORPORATION, | *Filed concurrently with [Proposed] Order* |
| *Defendant.* | |

Plaintiffs Brittany Valdovinos and Signe Kiesel ("Plaintiffs") and Defendant Target Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, enter the following stipulation:

WHEREAS, the Parties have reached a settlement agreement in principle, resolving their dispute over Plaintiffs' individual claims;

WHEREAS, the Parties wish to avoid the expense of continued litigation, and unnecessarily burdening the Court, in view of the above-referenced resolution;

WHEREAS, on April 9, 2025, Defendant filed its Motion to Compel Individual Arbitration (Dkt. 27) and Motion to Dismiss (Dkt. 29), and Plaintiffs' current deadline to respond to Defendant's Motions is May 16, 2025;

WHEREAS, the Parties agree that staying all deadlines in this Action while the Parties work to finalize the resolution is prudent and will conserve party and judicial resources.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, that all proceedings and deadlines are stayed pending finalization of the settlement agreement, until June 6, 2025.  The Parties respectfully request entry of an Order granting the requested relief.

Dated: May 15, 2025          DOVEL & LUNER, LLP

By: ___/s/ *Richard Lyon*___
Richard Lyon
Christin Cho
Attorneys for Plaintiff
BRITTANY VALDOVINOS

1          Case No. 2:24-cv-08572-JLS-BFM

**Error! Unknown document property name.**

Dated: May 15, 2025                    DENTONS US LLP


By: /s/ Michael E. Harriss
      Michael E. Harriss
Attorneys for Defendant
TARGET CORPORATION



    Pursuant to L.R. 5-4.3.4(a)(2), the filer attests that all signatories listed above concur to the content of this document and have authorized its filing.



/s/ Richard Lyon
Richard Lyon

2                  Case No. 2:24-cv-08572-JLS-BFM

**Error! Unknown document property name.**